U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2022R00497)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1:22-CR-294
UNDER SEAL

**MAGISTRATE CASE NO.**

X Indictment
DATE: October 04, 2022

Information
DATE:

Magistrate's Complaint
DATE:

**UNITED STATES OF AMERICA**
vs.
**ZHI DONG ZHANG**

FIRST SUPERSEDING INDICTMENT
Prior Case Number: 1:22-CR-294
Date Filed: August 16, 2022

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Tyler A. Mann
Defense Attorney:

*Filed in Open Court, U.S.D.C. - Atlanta, OCT 04 2022, Kevin P. Weimer, Clerk, By: Deputy Clerk*