U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Zhi Dong Zhang,
 a/k/a Brother Wang,
 a/k/a BW,
 a/k/a Pancho,
 a/k/a HeHe,
 a/k/a HaHa,
 a/k/a Chino,
 a/k/a Summor Ownor

**Agent to Arrest**

Indictment/Information
First Superseding

1:22-CR-294
UNDER SEAL

*FILED IN OPEN COURT*
*U.S.D.C. - Atlanta*
*OCT 04 2022*
*KEVIN P. WEIMER, Clerk*
*By: Deputy Clerk*

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

*Tyler A. Mann*
Tyler A. Mann
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
            Clerk

By _____
         Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
10/5/22  AED
BY: _____
              DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94