FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Nov 30 2022

KEVIN P. WEIMER, Clerk

By: L. Glaser
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *v.*<br><br>ZHI DONG ZHANG,<br>  A/K/A Brother Wang<br>  A/K/A BW<br>  A/K/A Pancho<br>  A/K/A HeHe<br>  A/K/A HaHa<br>  A/K/A Chino<br>  A/K/A Summor Ownor | First Superseding<br>Criminal Indictment<br><br>No. 1:22-CR-294<br><br><u>**UNDER SEAL**</u> |

**Motion to Disclose Indictment and Arrest Warrant to Mexican Law Enforcement for the Purpose of Extradition**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Tyler A. Mann, Assistant United States Attorney, for the Northern District of Georgia, moves this court to authorize the Government to disclose the indictment and arrest warrant in the above-styled case and in support thereof shows that the defendant in this case is located in Mexico. In order to arrest and extradite the defendant to the United States, the Government must provide certified copies of the indictment and arrest warrant to Mexican law enforcement authorities. Therefore, the Government seeks to disclose, for the limited purpose of securing the arrest and extradition of the defendant, copies of the indictment and arrest warrant to the relevant Mexican authorities.

WHEREFORE, the Government respectfully requests that it be authorized to disclose the sealed indictment and arrest warrant to Mexican law enforcement for the limited purpose of extradition.

    Respectfully submitted,

    RYAN K. BUCHANAN
       *United States Attorney*

/s/TYLER A. MANN
       *Assistant United States Attorney*
    Georgia Bar No. 320397
    tyler.mann@usdoj.gov