IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

ZHI DONG ZHANG
  A/K/A BROTHER WANG
  A/K/A BW
  A/K/A PANCHO
  A/K/A HEHE
  A/K/A HAHA
  A/K/A CHINO
  A/K/A SUMMOR OWNOR

Criminal Action No.
1:22-CR-00294

## Government's Motion for Detention

The United States of America, by counsel, Theodore S. Hertzberg, United States Attorney, and Sandra E. Strippoli, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.** **Eligibility of Case**

This case is eligible for a detention order because this case involves:

- A drug offense having a maximum term of imprisonment of 10 years or more;

- A serious risk that the defendant will flee.

**2.** **Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as

required and the safety of any other person and the community.

### 3. Rebuttable Presumption

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed a drug offense having a maximum term of imprisonment of 10+ year drug offense.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

See Attached Exhibit for Factual information about the case.

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: July 8, 2025.                    Respectfully submitted,

THEODORE S. HERTZBERG
United States Attorney

*Michael Herskowitz* For

SANDRA E. STRIPPOLI
Assistant U.S. Attorney
Ga. Bar No. 688565

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000

# EXHIBIT 1

## Summary Of The Evidence

1. An investigation by law enforcement authorities identified a drug trafficking and money laundering organization in the greater metropolitan areas of Atlanta, Georgia, and Los Angeles, California, that began operation at least as early as 2016. Between approximately 2020 and 2022, the organization was responsible for importing large quantities of cocaine and fentanyl from Mexico into the United States for distribution and transporting drug proceeds from the United States to Mexico. The investigation identified ZHANG as one of the organization's leaders responsible for directing, managing, and overseeing the organization's drug trafficking and money laundering activities.

2. As one of the organization's leaders, ZHANG directed and managed the collection and preparation of kilograms of cocaine and fentanyl in Mexico and arranged to have the drugs smuggled into the United States by the organization's couriers, using either vehicles or aircraft. After coordinating the importation of cocaine and fentanyl into the United States, ZHANG directed members to coordinate the logistics of transporting the drugs to the organization's distributors in Georgia, California, Illinois, New York, Michigan, and elsewhere in the United States.

3. In addition, ZHANG oversaw and directed members within the organization to set up stash house locations for collection of the organization's drug proceeds from couriers in the United States. The proceeds were collected at the organization's stash houses in Georgia, California, and elsewhere, where they were counted and temporarily stored. At ZHANG's direction, the organization's members deposited the drug proceeds

into bank accounts in Atlanta, Georgia, and several other U.S. cities to benefit ZHANG in Mexico.

4. During the investigation, co-conspirator 1, one of ZHANG's associates, admitted to law enforcement authorities that he worked with "Brother Wang" (later identified as ZHANG) after being recruited into the organization by a man he knew as "Xiaoke." Co-conspirator 1 said he worked with ZHANG and other organization members to manage stash houses in Atlanta, one of which he lived in (the Atlanta House), and stash house locations near Diamond Bar and Rowland Heights, California (the Diamond Bar House and Rowland Heights House, respectively). Co-conspirator 1 told law enforcement authorities that the stash houses were acquired at the ZHANG's direction and funded by him. Co-conspirator 1 admitted that, while he was managing the stash house locations, he and other members of the organization oversaw the collection of proceeds and facilitated the laundering of millions of dollars in the United States on ZHANG's behalf. Co-conspirator 1 told law enforcement authorities that ZHANG received cash from multiple Hispanic men at the stash house in Atlanta. At ZHANG's direction, co-conspirator 1 trained some of those men to make cash deposits. According to co-conspirator 1, the money was deposited into bank accounts in Atlanta and other cities around the U.S. Specifically, co-conspirator 1 said that a bank account for "Ruipeng Trading" was opened in his name for the deposit of funds. Co-conspirator 1 admitted to his direct involvement in laundering approximately USD$8.5 million by depositing cash into bank accounts on behalf of ZHANG's organization between 2020 and 2021 in Georgia, North Carolina, Oklahoma,

Ohio, Illinois, and Texas. Co-conspirator 1 has identified ZHANG's voice from lawfully intercepted communications: one communication in which ZHANG spoke in Mandarin and another communication, in which ZHANG spoke in English, as described below.

5. Co-conspirator 1 explained that he communicated with ZHANG through DingTalk, WeChat, Signal, and other encrypted messaging application and oral phone communications.

6. Through the course of his involvement in the conspiracy, co-conspirator 1 learned that the ZHANG organization was divided into two groups: the Mexican group, responsible for collecting drug proceeds directly from traffickers; and the Chinese group, responsible for receiving the drug proceeds from the first group and laundering the money through bulk cash smuggling and bank deposits and wire transfers. Law enforcement authorities learned from co-conspirator 1that multiple members of the organization were also conducting bulk cash deposits into bank accounts. According to co-conspirator 1, members of the organization also transported bulk cash in vacuum-sealed bags disguised with engineer oil and laundry detergent.

### Stash House in California

7. In March 2021, law enforcement authorities approached co-conspirator 1at the Rowland Heights House in Rowland Heights, California, lawfully searched that location, and discovered and photographed hundreds of financial documents connected to ZHANG's organization. Co-conspirator 1 informed law enforcement authorities that he had leased the Rowland Heights House at ZHANG's direction. The recovered documents

were organized in folders labeled with the aliases and real names of specific people. Most of the folders included a photograph of the named person (often in the form of an official government ID or passport) and corporate registration and bank account information, cell phone SIM cards, and post office box keys. Using these documents, law enforcement authorities identified approximately 25 bank accounts used by the organization to launder drug proceeds on ZHANG's behalf. Law enforcement authorities also used the records to confirm the real identities of multiple members of ZHANG's organization. The stash house location became the focal point for the financial investigation of ZHANG's organization. As described below, nearly all of the bank accounts the organization used to launder proceeds and the organization members that made the deposits were connected to the Rowland Heights House either because documents naming them were found at the Rowland Heights House or because the address for the Rowland Heights House was listed in their corporate registration.

8. In August and September 2021, ZHANG's direction, co-conspirator 1 leased five stash houses and two vehicles in cities in California – including Los Angeles, Rowland Heights, Diamond Bar, Alhambra, and Monterrey Park – for use by members of the organization for drug trafficking and money laundering activities. During that time, co-conspirator 1trained one of ZHANG's associates, who he knew only as "Willy," to take over management of the stash houses in California.

**July 20, 2020, Money Laundering**

9. On July 20, 2020, law enforcement authorities conducted surveillance during the delivery of USD$100,000 in drug proceeds to one of ZHANG's associates, Jesus Miranda Cota, alias "Adrian" (Cota), at the Atlanta House in Georgia. According to co-conspirator 1, who was present at the Atlanta House during this exchange, Cota's only purpose at the Atlanta House was to receive drug proceeds and deposit the money into bank accounts identified by ZHANG.

10. That same day, law enforcement authorities surveilled Cota as he left the Atlanta House and made cash deposits at multiple banks. Bank records show that Cota deposited USD$35,000 to JPMorgan Chase Bank account belonging to "Mnemosyne International Trading, Inc." Law enforcement authorities later recovered Mnemosyne International Trading, Inc. records during the lawful search of the Rowland Heights House. Later that day, Cota deposited an additional USD$80,000 into a Wells Fargo Bank account belonging to Mnemosyne, and another USD$20,000 into the same JPMorgan Chase Bank account belonging to Mnemosyne. A portion of the bank records reflecting the JPMorgan Chase Bank transactions is attached as Attachment 1. A portion of the bank records reflecting the Wells Fargo transactions is attached as Attachment 2.

**Seizure of USD$945,246 from Bank Accounts**

11. Law enforcement authorities identified shell companies from the financial records located in the search of the Rowland Heights House and learned in the ensuing investigation that they listed fictitious addresses. A further financial investigation revealed

approximately 150 companies and approximately 170 bank accounts that were connected to ZHANG's organization through wire transfer records and corporate registration information. Law enforcement authorities identified approximately USD$20 million dollars in proceeds that were deposited into bank accounts controlled by ZHANG's organization in 2020 and 2021.

12. Law enforcement authorities lawfully seized 26 bank accounts, containing USD$945,246, most of which was linked to members of ZHANG's organization and/or the Rowland Heights House. Co-conspirator 1 told law enforcement authorities that ZHANG and/or members of ZHANG's organization instructed co-conspirator 1and other organization members to create bank accounts for fictitious companies to facilitate the distribution of money and to open those accounts at JPMorgan Chase Bank, Wells Fargo, and Bank of America because those banks ask relatively few questions about large cash transactions.

## Co-conspirator 2 Meets ZHANG

13. In January 2022, co-conspirator 2 was introduced to ZHANG while traveling in Hermosillo, Mexico. A man calling himself "Willy" picked up co-conspirator 2 and drove him to the meeting with ZHANG. ZHANG and co-conspirator 2 discussed the possibility of future drug transactions and exchanged contact information for the purpose of arranging drug transactions in the United States. Co-conspirator 1 later identified a photograph of "Willy" as depicting the man whom co-conspirator 1 trained to manage ZHANG's stash houses in California.

14. Law enforcement authorities later presented co-conspirator 2 with a photo of ZHANG, and co-conspirator 2 confirmed that ZHANG was the man with whom he met in Hermosillo who provided contact information for the purpose of arranging drug transactions.

15. From January 27, 2022, to February 25, 2022, multiple drug transactions occurred between ZHANG, his associates, co-conspirator 2, and an undercover law enforcement official acting as co-conspirator 2's associate ("the UC"). As described below, to arrange the drug deals, co-conspirator 2 communicated with ZHANG through encrypted cellular messaging applications using the phone numbers that co-conspirator 2 received directly from ZHANG during their meeting. ZHANG communicated with co-conspirator 2 on the chat messages using his aliases "Summor Ownor" and "~Michael."

### January 27, 2022, Cocaine Purchase

16. On January 26 and 27, 2022, ZHANG, his associate "Burton," and co-conspirator 2 discussed a one-kilogram cocaine transaction in Atlanta, Georgia. ZHANG established a group chat message titled "Cello Drop 2022" to communicate the transaction details. ZHANG used his alias "Summor Ownor" in the group chat. Some of these conversations were conducted in Spanish, and some were conducted in English. On January 27, 2022, while under law enforcement surveillance, the UC met with ZHANG's drug courier and purchased a kilogram of what was later confirmed by laboratory analysis to be cocaine for USD$24,000. The transaction proceeded in the manner that ZHANG,

Burton, and co-conspirator 2 had discussed. A photograph of the kilogram of cocaine is attached as Attachment 3.

**February 25, 2022, Cocaine and Fentanyl Seizure**

17. Between February 17 and 25, 2022, ZHANG, Burton, and co-conspirator 2 discussed a drug transaction for approximately 15 kilograms of cocaine and one kilogram of fentanyl to take place in Atlanta, Georgia. Later, the drug quantities were changed to 10 kilograms of cocaine and one kilogram of fentanyl. ZHANG uses the word "coffee" as a coded language for fentanyl and "food" as coded language for cocaine.

18. During text conversations between February 24 and 25, 2022, ZHANG sent a photo in a group text message to Burton and co-conspirator 2 that showed the total price for the 10 kilograms of cocaine and one kilogram fentanyl drug transaction that showed $(24,000 \times 10) + 27,000 = 267,000$. Later during the text message conversation, ZHANG sent a photo in the group chat of 11 packages. The text conversation included a meeting location and a description of ZHANG's courier's clothing, appearance, and vehicle. A partial transcript of that conversation, from February 25, 2022, is attached as Attachment 4. At the agreed-upon time and location, the courier arrived and met with the UC. During the meeting, the courier told the UC that the drugs were 50 minutes away, and he would retrieve them if the deal was going to go forward. The UC agreed to go forward with the deal, and the courier left to get the cocaine and fentanyl. Law enforcement authorities followed the courier to a hotel where he entered a room and exited a short time later with a blue backpack.

19. Law enforcement authorities lawfully stopped the courier, who was in a vehicle, on his way back to the original meeting location and found a blue backpack in the back seat that contained two kilogram-sized packages of cocaine and one kilogram-sized package of fentanyl, with the nature of both of the substances confirmed by laboratory analysis. Law enforcement authorities lawfully searched the courier's hotel room and seized eight additional kilogram-sized packages of what was confirmed by laboratory analysis to be cocaine, a detailed ledger describing the distribution of at least 16 kilograms of narcotics, and evidence of financial transactions involving USD$174,000. The cocaine and fentanyl were packaged in the same fashion and using the same labels as the photos that ZHANG sent during the chat conversation earlier that day. Photographs of the 10 kilograms of cocaine and one kilogram of fentanyl seized on February 25, 2022, are attached collectively as Attachment 5.

20. That day, ZHANG contacted co-conspirator 1 and asked him to go to the hotel to recover money. co-conspirator 1 did not follow those instructions.

## **IDENTIFICATION**

21. ZHI DONG ZHANG, alias Brother Wang, alias BW, alias Pancho, alias HeHe, alias HaHa, alias Chino, alias Summor Ownor, and alias ~Michael, was born on August 12, 1987, in Beijing, China. He is an Asian male, approximately 5 feet, 7 inches tall, weighing approximately 175 pounds, with black hair and brown eyes. Attached as Attachment 6 is a photograph of ZHANG. Co-conspirator 2 identified the person depicted in the photograph as ZHANG, the same person with whom he met previously and

discussed drug transactions with from January 2022 through February 2022. In August 2022, law enforcement authorities played for co-conspirator 1 audio recordings of ZHANG's voice obtained from lawfully recorded communications, and co-conspirator 1 confirmed that the voice of ZHANG was the voice of Brother Wang, who directed his money laundering activities.

# ATTACHMENT 1



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 15, 2020 through July 31, 2020
Account Number:  **000000629901890**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |



00274368 DRE 021 210 21420 NNNNNNNNNN  1 000000000 64 0000
MNEMOSYNE INTERNATIONAL TRADING INC.
2962 N DEKALB DR APT E
DORAVILLE GA 30340-2251

---

## CHECKING SUMMARY | Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 10 | 495,080.00 |
| ATM & Debit Card Withdrawals | 6 | -566.59 |
| Electronic Withdrawals | 6 | -447,551.45 |
| Ending Balance | 22 | $46,961.96 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/15 | Deposit | | $100.00 |
| 07/17 | Deposit | 1086140644 | 60,000.00 |
| 07/20 | Deposit | 1090240726 | 35,000.00 |
| 07/20 | Deposit | 1106314734 | 20,000.00 |
| 07/22 | Deposit | 1937684112 | 100,000.00 |
| 07/24 | Card Purchase Return | 07/24 Extendedstay 939 Sacramento CA Card 1459 | 40.00 |
| 07/27 | Deposit | 1032316551 | 94,940.00 |
| 07/28 | Deposit | 1087739564 | 90,000.00 |
| 07/30 | Deposit | 22524794 | 50,000.00 |
| 07/31 | Deposit | 1933707915 | 45,000.00 |
| **Total Deposits and Additions** | | | **$495,080.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/23 | Card Purchase | 07/23 Extendedstay 939 Sacramento CA Card 1459 | $165.64 |
| 07/27 | Card Purchase | 07/24 Hiltonsac Arden W-Room Sacramento CA Card 1459 | 126.23 |
| 07/27 | Card Purchase | 07/25 Double Tree Sacramento CA Card 1459 | 126.23 |
| 07/30 | Card Purchase | 07/28 Nmrep Chestnut Hill MA Card 1459 | 5.00 |
| 07/31 | Card Purchase | 07/31 Fairfield Inn Sao Air Sacramento CA Card 1459 | 137.08 |
| 07/31 | Card Purchase | 07/31 Subway 23278 Sacramento CA Card 1459 | 6.41 |
| **Total ATM & Debit Card Withdrawals** | | | **$566.59** |

## ATM & DEBIT CARD SUMMARY

Page 1 of 4

**SB1210068-F1**                                                                 75

# ATTACHMENT 2

# Platinum Business Checking

31 de julio de 2020

Página 1 de 4 ▪ Algunas secciones de este estado de cuenta son en inglés.



MNEMOSYNE INTERNATIONAL TRADING INC
10866 WASHINGTON BLVD # 21
CULVER CITY CA 90232-3610

### ¿Preguntas?

*Disponible por teléfono las 24 horas del día, los 7 días de la semana:*
Se aceptan llamadas a través del servicio de Retransmisión de Telecomunicaciones

*En español:* **1-877-337-7454**

*English:* 1-800-CALL-WELLS   (1-800-225-5935)
*TTY:* 1-800-877-4833

*Por Internet:* wellsfargo.com/spanish/biz

*Escriba a:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Su empresa y Wells Fargo

Visite wellsfargoworks.com/spanish para explorar videos, artículos, infografías, herramientas interactivas y otros recursos sobre temas tales como crecimiento de las empresas, crédito, administración de flujo de efectivo, planificación de negocios, tecnología, comercialización y mucho más.

## Opciones de cuenta

*Una marca de verificación en la casilla indica que su cuenta tiene estos servicios ú tiles. Si tiene alguna pregunta o desea agregar nuevos servicios visite wellsfargo.com/spanish/biz o llame al nú mero indicado más arriba.*

| | |
|---|---|
| Banca por Internet | ☑ |
| Estados de Cuenta por Internet | ☑ |
| Servicio de Pago de Cuentas Comerciales | ☐ |
| Reporte de Gastos Comerciales | ☑ |
| Protección contra Sobregiros | ☐ |

## Resumen de la actividad del período de estado de cuenta

| | |
|---|---|
| Saldo inicial al 7/8 | $0.00 |
| Depósitos/Créditos | 295,100.18 |
| Retiros/Débitos | - 178,724.95 |
| **Saldo final al 7/31  (mes/día)** | **$116,375.23** |
| | |
| Saldo promedio en el libro mayor para este período | $28,679.20 |

Número de cuenta:  6325335823

**MNEMOSYNE INTERNATIONAL TRADING INC**

*California:  Se aplican los términos y condiciones de la cuenta*

Para Depósitos Directos utilice
el número de tránsito interbancario (RTN):  121042882

Para giros electrónicos utilice
el número de tránsito interbancario (RTN):  121000248

31 de julio de 2020

Página 2 de 4



## Protección contra Sobregiros

Actualmente, esta cuenta no está cubierta por Protección contra Sobregiros. Si desea más información acerca de la Protección contra Sobregiros y los requisitos de elegibilidad, sírvase llamar al número que aparece en su estado de cuenta o visite la sucursal de Wells Fargo de su localidad.

## Resumen de intereses

| | |
|---|---|
| Intereses pagados en este estado de cuenta | $0.18 |
| Saldo promedio recaudado | $28,679.20 |
| Rendimiento porcentual anual devengado | 0.01% |
| Intereses devengados en este período de estado de cuenta | $0.18 |
| Intereses pagados este año | $0.18 |

## Historial de transacciones

Traducciones de términos de transacciones

- ATM Withdrawal = Retiro de Cajero Automático (ATM)
- Automatic Transfer = Transferencia Automática
- Purchase = Compra
- Interest Payment = Pago de Intereses
- Monthly Service Fee = Cargo Mensual por Servicio

- Non-Wells Fargo ATM Transaction Fee = Cargo por Transacción de Cajero Automático (ATM) que no pertenece a Wells Fargo
- NSF Return Item Fee = Cargo por Partida Devuelta por Insuficiencia de Fondos
- Overdraft Fee = Cargo por Sobregiro
- Overdraft Protection = Protección contra Sobregiros
- Withdrawals/Debits = Retiros/Débitos

| Fecha (mes/día) | Número de cheque | Descripción | Depósitos/ Créditos | Retiros/ Débitos | Saldo diario final |
|---|---|---|---|---|---|
| 7/8 | | ATM Cash Deposit on 07/08 2101 S Atlantic Blvd Monterey Park CA 0001772 ATM ID 0694L Card 4827 | 100.00 | | 100.00 |
| 7/20 | | Edeposit IN Branch/Store 07/18/20 11:02:32 Am 5425 Peachtree Blvd Chamblee GA 4627 | 80,000.00 | | 80,100.00 |
| 7/21 | | Wire Trans Svc Charge - Sequence: 200721185730 Srf# 006691820319518/4 Trn#200721185730 Rfb# | | 30.00 | |
| 7/21 | | Wire Trans Svc Charge - Sequence: 200721185828 Srf# 006691820371028/4 Trn#200721185828 Rfb# | | 45.00 | |
| 7/21 | | WT Fed#04864 Truist Bank /Ftr/Bnf=Allen E Iverson Srf# 0066918203195184 Trn#200721185730 Rfb# | | 52,636.58 | |
| 7/21 | | WT 200721-185828 Bank of China /Bnf=Fujian Hesheng Supply Chain Srf#0066918203710284 Trn#200721185828 Rfb# | | 25,355.23 | 1,833.19 |
| 7/23 | | Edeposit IN Branch/Store 07/23/20 09:47:43 Am 1501 Del Paso Blvd Sacramento CA 4627 | 100,000.00 | | 101,833.19 |
| 7/27 | | Wire Trans Svc Charge - Sequence: 200727101472 Srf# 0000357206221915 Trn#200727101472 Rfb# | | 30.00 | |
| 7/27 | | WT Fed#09272 Citibank N.A. /Ftr/Bnf=Deltec Bank and Trust Limited Srf# 0000357206221915 Trn#200727101472 Rfb# | | 91,102.84 | |
| 7/27 | | WT Seq148830 Lumaxor Export Corp. /Bnf=Lumaxor Export Corp. Srf# 0000357206335915 Trn#200727148830 Rfb# | | 8,500.00 | 2,200.35 |
| 7/30 | | Deposit Made In A Branch/Store | 70,000.00 | | 72,200.35 |
| 7/31 | | Deposit Made In A Branch/Store | 45,000.00 | | |
| 7/31 | | Interest Payment | 0.18 | | |
| 7/31 | | Cash Deposit Processing Fee | | 825.30 | 116,375.23 |
| **Saldo final al 7/31** | | | | | **116,375.23** |
| **Totales** | | | **$295,100.18** | **$178,724.95** | |

*El Saldo Diario Final no refleja ningún retiro o retención pendientes sobre fondos depositados que puedan haber estado pendientes en la cuenta cuando se asentaron sus transacciones. Si no tenía fondos disponibles suficientes cuando se asentó una transacción, es posible que se hayan impuesto algunos cargos.*

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

# ATTACHMENT  3



# ATTACHMENT 4

| | |
|---|---|
| TARGET NUMBER: | **NOT APPLICABLE** |
| EXHIBIT NUMBER: | **N/A** |
| TRANSCRIBER: | **O. BAUTISTA / C. GOODE** |
| SUBSCRIBER: | **UNKNOWN** |
| DATE: | **February 25, 2022** |
| DURATION: | **PORTION OF TEXT CONVERSATIONS** |
| LANGUAGE: | **ENGLISH/SPANISH** |
| PARTICIPANT#1: | **ZHANG** |
| PARTICIPANT#2: | **"BURTON"** |
| PARTICIPANT#3: | **Co-conspirator 2** |
| PARTICIPANT#4: | **UNDERCOVER OFFICER (UC)** |

| SPEAKER | MESSAGE INTERCEPTED | TRANSLATION |
| --- | --- | --- |
| | | |
| **ZHANG:** (4:38 pm) | Im back | Im back. |
| **BURTON:** | Here again | Aquí de nuevo. |
| **ZHANG:** | You set up the area bro | Configuras el área bro |
| **UC:** | I'm waiting bro | Estoy esperando hermano |
| **ZHANG:** | bro you set up the place | hermano tu preparaste el lugar |
| **UC:** (4:40 pm) | For you<br>Yeah bro<br>Is your guy coming to me<br>5150 Buford Hwy NE Atlanta GA 30340 | Para tí<br>Sí hermano<br>¿Tu chico viene a mí?<br>5150 Buford Hwy NE Atlanta GA 30340 |
| **ZHANG:** | bro its oke<br>like 1 hr away bro | hermano su ok<br>Como 1 hora de distancia hermano |
| | | |
| **ZHANG:** | I mean its close to you are right? | quiero decir que está cerca de ti, ¿verdad? |
| **UC:** | Yes I'm 10 minutes from<br>That plaza | Sí, estoy a 10 minutos de<br>Esa plaza |
| **ZHANG:** | greta bro<br>we will send our guy there right now<br>bro you will pick up by yourself right?<br>Bro | greta hermano<br>Enviaremos a nuestro chico allí ahora mismo<br>hermano, lo recogerás tú mismo, ¿verdad?<br>Hermano |
| **UC:** | Yes | Si |
| **ZHANG:** | Great bro<br>He is leaving now bro | Prefecto bro<br>se va ahora hermano |
| **UC:** (5:39 pm) | Perfect<br>How far is your friend? | Perfecto<br>¿Qué tan lejos está tu amigo? |
| | | |

| | | |
|---|---|---|
| **UC:**<br>(6:36 pm) | He is already waiting for the taxi to go for the clothes | El ya esta esparando el taxi para ir por la ropa |
| **ZHANG:** | <br>6:37 PM | |
| **UC:** | My house is 10 from this square there I have the machines to count | Mi casa esta a 10 de esta plaza ahí tengo las máquinas para contar |
| **ZHANG:** | There brother<br><br>Is there a chance that he go there with you to collaborate the check there?<br><br>Brother | Ahi hermano<br>hay chanzas que se vaya ahi con ud para colaboraar el cheque ahi?<br><br><br>Hermano |
| | | |
| **ZHANG:** | 40 mins away<br>more or less there bro | 40mins lejos<br>Más o menos hay hermano |
| **BURTON:** | traffic is kinda heavy | El tráfico es un poco pesado |
| **UC:** | Its bad<br>Boss | Es malo<br>Jefe |
| **BURTON:** | 12 min boss | 12 min jefe |
| **UC:** | What's the guys name | ¿Cómo se llaman los chicos? |

| BURTON | Oscar | Oscar |
|---|---|---|
| UC: | What is he wearing<br>What car | Que trae puesto<br>Que carrito |
| BURTON: | Red sweater in a gray versa | Sueter rojo en un versa gris |
| | **[END]** | **[FIN]** |

# ATTACHMENT 5




# ATTACHMENT 6

