UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v.  § | **Cause No. 1:25-MJ-00956** |
| § | |
| **ZHI DONG ZHANG** § | |

# ORDER

Before the Court is the Government's "Opposed Motion to Reconsider Transfer to the Eastern District of New York" ("Motion to Reconsider"). Dkt. No. 4. On October 24, 2025, Defendant, Zhi Dong Zhang, was scheduled to appear for an initial appearance at 9:30 A.M. in Cause No. 1:25-MJ-955. *See* Minute Entry date October 24, 2025. Counsel for Defendant informed the Court's case manager that Defendant had executed a waiver of identity hearing, consenting to a transfer to the Eastern District of New York for further proceedings.

The Court called the case in 1:25-MJ-955 for an initial appearance as scheduled. At that time, counsel of the Government informed the Court that there was an additional case out of another district, and requested the Court reset the hearing for later that morning to allow for the necessary paperwork to be processed and filed with the Court. Later that morning, the Court recalled this case along with the originally-scheduled matter in 1:25-MJ-955. *See* Minute Entry date October 24, 2025. During the initial appearance in 1:25-MJ-955, Defendant filed a "Waiver of Rule 5 & 5.1 Hearings."[1] Later, Defendant filed an identical waiver waiving his rights in connection with this case. Dkt. No. 3.

---

[1] *See* Dkt. No. 5, Cause No. 1:25-MJ-955

The Court, following the chronological order of the cases as filed and submitted, remanded the Defendant–in 1:25-MJ-955–to the custody of the U.S. Marshal pending transfer to the Eastern District of New York. The Court did not review the charges contained in both indictments to determine which should receive preferred status. The Court declines the Government's invitation to do so now.

The Government's Motion to Reconsider [Dkt. No. 4] is hereby **DENIED**.

**SO ORDERED.**

**SIGNED** in Brownsville, Texas, this the **27th** day of **October**, **2025**.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**